IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| AMENA WILLIAMS | § | |
| | § | |
| V. | § | No. 5:19CV44-RWS-CMC |
| | § | |
| MOTEL 6-TEXARKANA and | § | |
| TRI-STATE LODGING, INC. | § | |

## ORDER

The above-entitled action was referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On April 24, 2019, the Magistrate Judge issued a Report and Recommendation, recommending Plaintiff's cause be dismissed without prejudice. Docket No. 6. No objections to the Report and Recommendation have been filed.[1] Accordingly, Plaintiff is not entitled to *de novo* review by the District Judge, and except upon grounds of plain error, Plaintiff is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. 28 U.S.C § 636(b)(1)(C); *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Nonetheless, the Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge that Plaintiff has not alleged facts that establish the Court has jurisdiction over this case. The Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE.**

---

[1] On May 7, 2019, Plaintiff Amena Williams ("Plaintiff") acknowledged receipt of the Report and Recommendation.

**So ORDERED and SIGNED this 17th day of June, 2019.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE