**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| AMENA WILLIAMS § | |
| § | |
| V. § | No. 5:19CV44-RWS-CMC |
| § | |
| MOTEL 6-TEXARKANA and § | |
| TRI-STATE LODGING, INC. § | |

**FINAL JUDGMENT**

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITHOUT PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 17th day of June, 2019.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE